**FILED**

10/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0333

## IN THE SUPREME COURT OF THE STATE OF MONTANA

## CAUSE NO. DA 20-0333

| | |
|---|---|
| IN RE THE MARRIAGE OF:<br><br>JEFFERY PATRICK HEENAN,<br><br>        Petitioner & Appellant,<br><br>  and<br><br>SARAH KATE WALLACE,<br><br>        Respondent & Appellee. | **ORDER GRANTING WITHDRAWAL OF COUNSEL** |

Based upon Petitioner & Appellant's *Unopposed Motion to Withdraw as Counsel of Record*, and good cause appearing, therefore:

IT IS HEREBY ORDERED that Petitioner & Appellant's attorneys are withdrawn as the attorneys of record for Petitioner & Appellant.

Accordingly, any and all future correspondence should be sent directly to Petitioner & Appellant at the following address: **Jeffery Patrick Heenan, 4023 Larkspur Lane, Stevensville, MT 59870, (406) 223-1926, JeffHeenan8@gmail.com.**

Electronically signed and dated below
Montana Supreme Court Judge

Cc:  Klause Sitte, Esq.
     André Gurr, Esq. and Melissa Stones-Smith, Esq.
     Jeff Heenan

ORDER GRANTING WITHDRAWAL OF COUNSEL

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 13 2020